IN THE UNITED STATES DISTRICT COURT OF THE
WESTERN DISTRICT OF OKLAHOMA



FILED
JUL 1 9 2019
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____N.V._____ , DEPUTY

| | |
|---|---|
| VANESSA G. CALVIN | ) |
| | ) Case NO. |
| Plaintiff's | ) |
| vs | ) CIV-19- 658 C |
| | ) |
| OMES | ) |
| OFFICE OF MANAGEMENT | ) |
| & ENTERPRAISE SERVICES | ) |
| | ) |
| Defendant | ) |

## RELIEF
## FROM THE OMES RESULTS AND
## INTENTIONAL TORTIOUS INTERFERENCE DAMAGE CLAIM

The Plaintiff is files this compliant Pro Se, seeking Relief from the denial of the Intentional Tortious Damage Claim filed with the Office of Management and Enterprise Services known as OMES on September 28, 2018.

### Jurisdiction

The Plaintiffs believe strongly to this court having Diversity Jurisdiction under 28 U.S.C.§ 1332, and 28 U.S.C.§ 1331 Federal Question Jurisdiction all civil action arising under the Constitutional Law, Plaintiffs believe that The United States District Court Of The Western District Of Oklahoma has Jurisdiction, because the Plaintiff is a citizen of one State and the Defendant is a citizen of the State of Oklahoma, with the amount at stake is more than $75,000, not counting interest or cost of court fees.

1. On January 15, 2019 the Plaintiff filed received a certified letter from The Office of the Oklahoma Attorney General denying the Intentional Tort Claim, pursuant to 51 O.S. 156 (B); failure to file a claim within one year of the date of loss, and giving Plaintiff permission to purse civil action in a District Court, and the right to seek compensation by suit in District Court prescribed by law. **(see doc. 1).**

2. On November 14, 2014, Plaintiff filed with The State of Oklahoma Attorney General's letter confirms the permission to purse civil action in a District Court and stating that; "civil action no later than two years." **(see doc. 2 and 3).** Plaintiff had filed prior complaints, concerning the issues of Fraud, to include various Civil Rights Violations, and Intentional Tort issues, several lawsuits were filed for Relief from extreme damages suffered within the State and Federal Courts of Oklahoma. Please see copies of prior complaints filed from 2015-2019, (include first pages only, see doc. 4).

## Relief from Damages

After this court reviews prior cases previously filed, and all supporting documents provided, the Plaintiff is seeking Compensatory damages and Relief from various torts and Intentional Tortious Interference to Inheritance, and from extreme Damages and all other relief available to the Plaintiff and her five siblings

*Due to this courts filing restrictions the Plaintiff seeks permission to file this claim pro se, IN THE UNITED STATES DISTRICT COURT OF THE WESTERN DISTRICT OF OKLAHOMA.

## Closing and Certification

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) this motion otherwise complies with the requirements of Rule 11.

Respectfully Submitted

July 14, 2019 _____   _____/s/ Vanessa Calvin_____

Date                                         Signature Plaintiff/Trustee

Vanessa Calvin (Pro, Se) TRUSTEE
The Lyons Family Trust of Arizona
Third Oldest and Daughter of Jimmie and Mercy D Lyons (deceased)
5921 N. 131st Drive Litchfield, Park Az 85340
240-299-8285
vcalvin@hotmail.com