DOC 4

PAGES 1-10

IN THE UNITED STATES DISTRICT COURT OF THE
WESTERN DISTRICT OF OKLAHOMA

VANESSA G. LYONS CALVIN,
DAUGHTER. TRUSTEE & EXECUTOR
OF JIMMIE AND MERCY D. LYONS
IRREVOCABLE TRUST 1991
5921 N. 131st Drive
Litchfield Park Az. 85340
240-299-8285

    Plaintiff's

VS

DISTRICT OF COMANCHE COUNTY
OFFICE OF THE DISTRICT ATTORNEY
DISTRICT JUDGE
ATTORNEY AT LAW
VICKIE LEYJA, (Bar #17527)
JOHN W. DOOLIN, (Bar #2427)
SHIRLEY ANN LYONS
MARKET ONE REAL ESTATE FRIM
MR. & MRS. HANK CHANG
JEFF L & ROBIN J BREWER
BREWER LIVING TRUST 2008
NATIONWIDE ADVANTAGE
MORTGAGE COMPANY
SOUTHWEST ABSTRACT & TITLE CO.
BANCFIRST

    Defendant's

**FILED**
JUN 20 2017
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____ DEPUTY

Case NO.CIV-17-0610-HE

PERSONAL INJURY,
CRIMINAL ACTION,
FEDERAL QUESTION
JURISDICTION

## AMENDMENT TO
## MOTION AGAINST SHIRLEY ANN LYONS FOR CRIMINAL BIGIMIST ACTIVITY AND AGAINST THE ATTORNEY'S AT LAW, VICKIE C. LEYJA, OBA NO. 17527 AND JOHN W. DOOLIN, OBA NO. 2427, OKALHOMA COMANCHE COUNTY DISTRICT JUDGE FOR CONCEALING AND PROTECTING BIGIMIST ACTIVITY, AND A MOTION AGAINST ALL DEFENDANTS FOR THEIR PARTICAPTION IN CRIMINAL ACTS OF REAL ESTATE SCHEMES AND REAL ESTATE FRAUD COMMITTED IN THE SALE OF STOLEN REAL ESTATE PROPERTY FROM THE JOINT NAMES OF JIMMIE LYONS AND MERCY D LYONS IRREVOCABLE TRUST 1991

IN THE UNITED STATES DISTRICT COURT OF THE
WESTERN DISTRICT OF OKLAHOMA

VANESSA G. LYONS CALVIN, )
DAUGHTER, TRUSTEE & EXECUTOR )
OF JIMMIE AND MERCY D. LYONS )
IRREVOCABLE TRUST DATED 1991 )
5921 N. 131st Drive )
Litchfield Park Az. 85340 )
240-299-8285 )
)
    Plaintiff's )
) Case NO. CIV 17 - 610 R
vs )
)
SHIRLEY ANN LYONS ) CIVIL ACTION,
4275 Southern Oaks Dr. ) PERSONAL INJURY,
Edmond Ok 73034 ) CRIMINAL CHARGES,
ATTORNEY AT LAW ) DIVERSITY JURISDICTION
JOHN W. DOOLIN, (Bar #2427) ) FEDERAL QUESTION
VICKIE LEYJA, (Bar #17527) ) JURISDICTION
802 SW D Avenue, )
Lawton, Ok 73501 )
)
    Defendant's )

**FILED JUN 1 2017**
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____ DEPUTY

## MOTION FOR CRIMINAL CHARGES AGAINST SHIRLEY ANN LYONS FOR BIGIMIST ACTIVITY AND THE ATTORNEY'S AT LAW, VICKIE C. LEYJA, OBA NO. 17527 AND JOHN W. DOOLIN, OBA NO. 2427 FOR CONCEALING AND PROTECTING BIGIMIST ACTIVITY

Comes now, May 24, 2017 the Trustee & Executor and Daughter Vanessa G. Lyons Calvin In behalf of the Plaintiffs class members and the Beneficiaries the group the six adult children Of the Estate of Jimmie Lyons, File a Motion For Criminal Charges Against Shirley Ann Lyons for Bigimist Activity and Against The Attorneys



WESTERN DISTRICT OF OKLAHOMA

IN THE MATTER OF THE ESTATE OF )
JIMMIE LYONS, DECEASED AND )
MERCY D LYONS, DECEASED )
VANESSA G. CALVIN )
DAUGHTER TO THE DECEASEDS )
Plaintiff, )
vs )
SHIRLEY ANN LYONS, aka )
SHIRLEY ANN COLLIER, aka )
SHIRLEY ANN WIHTESIDE, aka )
SHIRLEY ANN MURRAY, aka )

CIV-15- 415 HE
NO. _____

FILED
APR 1 7 2015
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

## REQUEST A NOTICE OF REMOVAL
## AND A WRIT OF MANDATE FREEZE OF ACCOUNTS
## AND THE RECOVERY AND SEIZURE OF LAND AND PROPERTY

COMES now, April 16, 2015 Vanessa Calvin (Pro. Se), Lineal Descendant, and third (3) Oldest And Daughter to the Estate of Jimmie Lyons and Mercy D Lyon Deceased, submits this REQUEST A NOTICE OF REMOVAL AND A WRIT OF MANDATE FREEZE OF ACCOUNTS AND THE RECOVERY AND SEIZURE OF LAND AND PROPERTY

as follows:

Under the 28 U.S.C § 1332. Diversity of Citizenship

In case PB 2014-4 was originally filed in a state court of Comanche County and the requirements for federal jurisdiction due to the diversity and the amount of controversy presented in the proceedings regarding a probability and alleging suspicion of Embezzlement, Extortion, Fraud and extreme Negligence surrounding our father Jimmie Lyons death and estate as a Vietnam Veteran Retiree from the United States Army after 30 years of service, and a Retire of The Department of Interior and Labor, with his Estate estimated at 1.6 million dollars or more. The suspicion and a probability of Criminal Bigamist activity exists by the alleged second spouse of Jimmie Lyons deceased our father, to Shirley Ann Lyons, there is extreme doubt regarding her divorcees and her claims to several Federal Government Benefits used and titled as a spouse, wife, or widow, and one confirmed marriage to Mr. Curtis Murray (US Military Army Retire) given by her testimony under oath. This case consistently involves a high risk to Government

1

3

IN THE UNITED STATES DISTRICT COURT OF THE
WESTERN DISTRICT OF OKLAHOMA

FILED
OCT 21 2016

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
BY_____, DEPUTY

| | |
|---|---|
| 1. VANESSA G. LYONS CALVIN, )<br>DAUGHTER & A TRUSTEE OF THE STATE )<br>OF ARIZONA AND TRUSTEES OF )<br>JIMMIE LYONS & MERCY D. LYONS )<br>IRREVOCABLE TRUST DATED 1991 )<br> )<br>Plaintiff's )<br> )<br>vs )<br> )<br>1 Nationwide Mortgage Company )<br>2 Market One Realty Mr. *Hawk* . Chang )<br>  1101 NW 67th St, Lawton, OK 73505 )<br>3 Southwest Abstract & Title Company )<br>  902 D Avenue, Lawton Oklahoma 73500 )<br>4 Bancfirst 501 C Avenue, )<br>  Lawton Oklahoma, 73502 )<br>5, 6 Jeff L and Robin J Brewer )<br>  88 E Pheasant Ln. Lawton Ok, 73507-8511 )<br> )<br>Defendant's )  | Case NO. CIV-16-1225-R |

## COMPLIANT
## OF FRAUD DAMAGES AND NEGLIGENCE SUFFERED AGAINST LAND & REAL PROPERTY OF JIMMIE LYONS AND MERCY D LYONS IRREVOCABLE TRUST DATED 1991 AND THE TRUST OF THE STATE OF ARIZONA

COMES now, Vanessa G. Lyons Calvin (Pro, Se), Daughter and of the State of Arizona Trustees of Jimmie Lyons and Mercy D Lyons Irrevocable Trust Dated 1991, submits a COMPLIANT OF FRAUD DAMAGES SUFFERED AGAINST LAND & REAL PROPERTY OF JIMMIE LYONS AND MERCY D LYONS IRREVOCABLE TRUST DATED 1991 AND THE TRUST OF THE STATE OF ARIZONA as follows:

A. In behalf of the Beneficiaries who are the six (6) adult children born of the marital union of Jimmie Lyons and Mercy D Lyons Irrevocable Trust submits this Compliant against the following individuals and companies for Fraud Damages, Negligence and Abuse Suffered when using the Joint names of their parents:

1) Nationwide Mortgage Company 1100 Locust St. Dept 2009, Des Moines I of 50391-2009
2) Mr. and Mrs. Chang owners of Market One Realty, 1101 NW 67th St, Lawton, OK 73505
3) Southwest Abstract & Title Company, 902 D Avenue, Lawton Oklahoma 73501
4) Bancfirst 501 C Avenue, Lawton Oklahoma, 73502
5) Jeff L and Robin J Brewer, 88 E Pheasant Lane, Lawton Ok, 73507-8511

Page 1 of 16

4

*Filed with in one year with Federal Court June 30, 2016 DC Letter*

# IN THE UNITED STATES DISTRICT COURT OF THE WESTERN DISTRICT OF OKLAHOMA

**FILED**
NOV 2 3 2016
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____W_____, DEPUTY

VANESSA G. LYONS CALVIN, )
DAUGHTER, TRUSTEE & EXECUTOR OF )
THE JIMMIE LYONS & MERCY D. LYONS )
IRREVOCABLE TRUST DATED 1991 LLC )
)
Plaintiff's )   Case NO. CIV-16-1225-R
)
vs )
)
1. STATE OF OKLAHOMA )
OFFICE OF THE ATTORNEY GENERA )
SCOTT PRUITT A.G. )
313 N.E 21st Street Ok City Ok 73105 )
2. DISTRICT OF COMANCHE COUNTY )
DISTRICT #5 FRED SMITH D.A. )
315 SW 5th St. Suite 502 Lawton, Ok 73501 )
3. JUDGE GERALD F. NEUWIRTH )
315 SW 5th St. Suite 507 Lawton, Ok 73501 )
4. JOHN W. DOOLIN,  (Bar #2427) )   CLASS ACTION, CIVIL RIGHTS,
5. VICKIE LEYJA, (Bar #17527) )   DIVERSITY JURISIDICTION
ATTORNEY AT LAW )
802 SW D Avenue, Lawton, Ok 73501 )
6. SHIRLEY ANN LYONS )
4275 Southern Oaks Dr. Edmond Ok 73034 )
7. NATIONWID ADVANTAGE )
MORTGAGE COMPANY )
1100 Locust Street, Des Moines, 50391-2009 )
8. MARKET ONE REAL ESTATE FRIM, )
MR. & MRS. HANK CHANG )
1101 NW 67th St, Lawton, OK 73505 )
9. SOUTHWEST ABSTRACT & TITLE CO. )
902 D Avenue, Lawton Oklahoma 7350 )
10. BANCFIRST 501 C Ave., Lawton Ok. 73502 )
11. JEFF L & ROBIN J BREWER )
88 E Pheasant Ln. Lawton Ok, 73507-8511 )
)
Defendant's )

## AMENDMENT COMPLIANT

Page 1 of 31

5

IN THE UNITED STATES DISTRICT COURT OF
WESTERN DISTRICT OF OKLAHOMA

FILED RECEIVED
MAR 01 2017
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____ DEPUTY

| | |
|---|---|
| VANESSA G. LYONS CALVIN, )<br>DAUGHTER, TRUSTEE & EXECUTOR OF )<br>THE JIMMIE LYONS & MERCY D. LYONS )<br>IRREVOCABLE TRUST DATED 1991 LLC )<br>   )<br>Plaintiff's   )<br>   )<br>vs   )<br>   )<br>1.STATE OF OKLAHOMA   )<br>OFFICE OF THE ATTORNEY GENERA )<br>SCOTT PRUITT A.G.   )<br>313 N.E 21st Street Ok City Ok 73105   )<br>2.DISTRICT OF COMANCHE COUNTY )<br>DISTRICT #5 FRED SMITH D.A.   )<br>315 SW 5th St. Suite 502 Lawton, Ok 73501)<br>3.JUDGE GERALD F. NEUWIRTH   )<br>315 SW 5th St. Suite 507 Lawton, Ok 73501)<br>4.JOHN W. DOOLIN.  (Bar #2427)   )<br>5.VICKIE LEYJA. (Bar #17527)   )<br>ATTORNEY AT LAW   )<br>802 SW D Avenue, Lawton, Ok 73501 )<br>6.SHIRLEY ANN LYONS   )<br>4275 Southern Oaks Dr. Edmond Ok 73034 )<br>7.NATIONWID ADVANTAGE   )<br>MORTGAGE COMPANY   )<br>1100 Locust Street, Des Moines, 50391-2009 )<br>8..MARKET ONE REAL ESTATE FRIM. )<br>MR. & MRS. HANK CHANG   )<br>1101 NW 67th St. Lawton, OK 73505   )<br>9.SOUTHWEST ABSTRACT & TITLE CO. )<br>902 D Avenue, Lawton Oklahoma 7350 )<br>10.BANCFIRST 501 C Ave., Lawton Ok. 73502)<br>11.JEFF L & ROBIN J BREWER   )<br>88 E Phensant Ln. Lawton Ok. 73507-8511 )<br>   )<br>Defendant's   ) | Case NO. <u>CIV-16-1225-HE</u><br><br><br><br><br><br><br><br><br><br><br><br><br>CLASS ACTION, CIVIL RIGHTS,<br>DIVERSITY JURISIDICTION. |

## MOTION TO RESPOND TO THE DEFENDANT'S MOTION TO DISMISS

## AMENDMENT COMPLIANT AND BRIEF IN SUPPORT

than the requirements of the constitution. The Supreme Court has found that a "suit arises under the law that creates the cause of action.

" American Well Works v. Layne, 241 US 257 (1916), and therefore, only suits based on federal law, not state law suits likely to provoke a federal law defense, create federal question jurisdiction, Louisville & Nashville R. Co. v. Mottley, 211 U.S. 149 (1908)."
http://U.S. legal-dictionary.thefreedictionary.com
*Conley v. Gibson, 355 U.S. 41 at 48 (1957)* "Following the simple guide of rule 8(f) that all pleadings shall be so construed as to do substantial justice"... "The federal rules reject the approach that pleading is a game of skill in which one misstep by counsel
may be decisive to the outcome and accept the principle that the purpose of
a pleading is to facilitate a proper decision on the merits." The court also cited
Rule 8(f) FRCP, which holds that all pleadings shall be construed to do substantial justice.
 http://legal-dictionary.thefreedictionary.com
 Maty v. Grasselli Chemical Co., 303 U.S. 197 (1938)
"Pleadings are intended to serve as a means of arriving at fair and just settlements. They should not raise barriers which prevent the achievement of that end. Proper pleading is important, but its importance consists in its effectiveness as a means to accomplish the end of a just judgment." http://legal-dictionary.thefreedictionary.com

3). The Amendment Compliant included and filed against **The State of Oklahoma, Comanche County Oklahoma, Judge Gerald Neuwirth, Attorney's at Law Vickie Leyja, John W. Doolin, Shirley Ann Lyons (for probable Bigamist activity, Book 1 Tab 2, Tab 7, and Wrongful Death of Jimmie Lyons see documents Exhibit 3), Market One Real Estate Firm Mr. and Mrs. Hank Chang, Real-Estate Investors Jeff and Robin Brewer (also known has the Brewer Living Trust 2008), Bancfirst, Nationwide Advantage Mortgage Co., Southwest Abstract & Title Company,** and Damages that apply to all Defendant's individually listed in the Amendment Compliant, adversely effecting adult children's individual Civil Rights by prolonged issues.

4). The Amended Compliant has Complete Diversity Jurisdiction according to 28 U.S.C 1332 and it can be proven with legal certainty the Amount in question **exceeds the $75 thousand dollars** required and with an Estimated Amount of **Seventy Five Million ($75) Million Dollars** that can

Page 8 of 25



(Pg. 16)

IN THE UNITED STATES DISTRICT COURT OF THE
WESTERN DISTRICT OF OKLAHOMA

FILED

MAR 2 9 2017

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____DEPUTY

| | |
|---|---|
| VANESSA G. LYONS CALVIN, ) | |
| ) | |
| Plaintiff's ) | Case NO. CIV-16-1225-HE |
| ) | |
| vs ) | |
| ) | |
| STATE OF OKLAHOMA ) | |
| et. al., ) | CIVIL RIGHTS, |
| ) | DIVERSITY JURISIDICTION, |
| ) | |
| Defendants ) | |

## SECOND (2) AMENDMENT COMPLIANT

Vanessa G. Lyons Calvin (Pro, Se), DAUGHTER, Trustee and Executor of Jimmie Lyons and

Mercy D. Lyons Irrevocable Trust, Submits Second (2)Amendment Compliant and in behalf of

the plaintiff and members the adult children of the Estates;

Jimmie Lyons Jr., and of Oklahoma, Yolanda D. Lyons Lee of Oklahoma,

Paula F. Lyons Thompson of Texas, Quentin W. Lyons of Texas,

Constance P. Lyons McClain of Florida,

Vanessa G. Lyons Calvin of Arizona, Spouse Otis Calvin of Arizona,

Sons Michael Lyons of Virginia, Milton Lyons of California

This Amendment Compliant includes Adoption by References from the Compliant dated

November 23, 2016 and The Motion to Respond to secure the facts already submitted in detail

against each defendant and the evidences in the documents as Book 1, 2, and the Motion

Response Book 3 (this one is referenced as Book 3). All Defendants did not Respond to the

Compliant dated Nov. 23, 2016 (see Motion to Respond Pgs. 2-7 and Book 3 Tab, 1)

Page 1 of 30

8

All Defendants did not Respond to the Compliant dated Nov. 23, 2016 (see Motion to Respond Pgs. 2-7 and Exhibit Book 3 Exhibit Tab, 1)

## *Complaints Arising Under Federal Question Jursdiction

Under 28 U.S.C. § 1331, In which this part of the case arises under the United States Constitution of Federal Laws and Treaties and contains a Federal Question.

This action arises under the Civil Rights Act, 42 U.S.C.A. § 1983:

This action arises under the Civil Rights Act, 42 U.S.C.A. § 1981:

This action arises under the Civil Rights Act, 42 U.S.C.A. § 1982:

Violations of Title 18 of the United States Code.

Violations of U.S. Code: Title 15 COMMERCE AND TRADE

FEDERAL TRADE COMMISSION

Violations of the 1st Amendment Rights, Federal Question Volitions Civil Rights of the Constitution, Violations of The Equal Protection Clause, Due Process Clause, Intentional Tort Interferences, Tortious Contract with the intent to intentionally causing harm, and Restraints of Trade, Common Law, Trespass Laws, Violation Of Federal and State Statutes, Intestacy laws, Inheritance Law, Violations Of The Judicial Ethics Code And Breach of Fiduciary Duties, Protecting And Concealing Bigamist Activity.

## *Complaints Arising Under Diversity Jurisdiction

Of Intentional Fraud & Reckless Conduct, Embezzlement And Extortion Gross Negligence And Misrepresentation & Breach Of Contract, Intentionally Causing Severe Mental And Emotional Distress, Harm, Pain & Suffering, General Damages, Monetary Losses, And (1) Damages Suffered Against The Personal Estate Of Jimmie Lyons, (2) Damages Suffered Against The Estate Of Jimmie Lyons and Shirley Ann Lyons And (3) Damages Suffered Against The Estate Of Jimmie Lyons and Mercy D Lyons Irrevocable Trust 1991, And (4) Damages Suffered Against The Estate Of Mercy D Lyons Irrevocable Trust 1991, Damages Suffered Against The Personal Estate Of Otis Calvin, Damages Suffered Against The Powers Of The Trustee And Executor Of The State Of Arizona Vanessa Calvin. Under 28 U.S.C. § 1331, In which this part of the case arises under the United States Constitution of Federal Laws and Treaties and contains a Federal Question.

IN THE UNITED STATES DISTRICT COURT OF THE
WESTERN DISTRICT OF OKLAHOMA

FILED
APR 19 2017
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

| | |
|---|---|
| VANESSA G. LYONS CALVIN, ) <br> DAUGHTER, TRUSTEE & EXECUTOR OF ) <br> THE JIMMIE LYONS & MERCY D. LYONS ) <br> IRREVOCABLE TRUST DATED 1991 ) <br> ) <br> Plaintiff's ) <br> ) <br> vs ) <br> ) <br> 1. STATE OF OKLAHOMA ) <br> 2. DISTRICT OF COMANCHE COUNTY ) <br> DISTRICT #5 ) <br> 3. JUDGE GERALD F. NEUWIRTH ) <br> 4. JOHN W. DOOLIN,  (Bar #2427) ) <br> 5. VICKIE LEYJA, (Bar #17527) ) <br> ATTORNEY AT LAW ) <br> 6. SHIRLEY ANN LYONS ) <br> 7. NATIONWID ADVANTAGE ) <br>    MORTGAGE COMPANY ) <br> 8. MARKET ONE REAL ESTATE FRIM. ) <br>    MR. & MRS. HANK CHANG ) <br> 9. SOUTHWEST ABSTRACT & TITLE CO. ) <br> 10. BANCFIRST 501 C Ave., Lawton Ok. 73502) <br> 11. JEFF L & ROBIN J BREWER ) <br> ) <br> Defendant's ) | Case NO. CIV-16-1225-HE <br><br> CLASS ACTION, CIVIL RIGHTS, <br> DIVERSITY JURISIDICTION, |

## MOTION TO RESPOND TO THE DEFENDANT
## NATIONWIDE ADVANTAGE MORTGAGE COMPANY'S
## MOTION TO DISMISS DATED APRIL 5, 2017  AGAINST
## PLAINTIFF'S AMDNED COMPLIANT DATED MARCH 29, 2017

COMES now, Vanessa G. Lyons Calvin (Pro, Se), DAUGHTER, TRUSTEE & EXECUTOR OF THE JIMMIE LYONS & MERCY D. LYONS IRREVOCABLE TRUST DATED 1991, In behalf of the Trust and the Beneficiaries who are the adult children born of the marital union of Jimmie Lyons and Mercy D Lyons Irrevocable Trust 1991 submits this request as follows;